**Motion Granted; Abatement Order filed January 5, 2017**



In The

# Fourteenth Court of Appeals

_____

NO. 14-16-00802-CV
_____

**ARC DESIGNS, INC. AND JOSHUA NORRIS, Appellants**

**V.**

**TEXAS DEVELOPMENT COMPANY, Appellee**

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-70531**

## ABATEMENT ORDER

On December 21, 2016, appellants notified this court that the parties are trying to settle the issues on appeal, and requested an extension of time to file their brief, and that the appeal be abated for completion of the settlement. The motion is granted. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until March 1, 2017. The appeal will be reinstated on this court's active

docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by any party, or the court may reinstate the appeal on its own motion. Appellants' brief will be due 30 days after the appeal is reinstated.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Brown.